**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6539**

_____

CHARLES EDWARD GARY,

            Plaintiff - Appellant,

     v.

DR. LAWRENCE WANG,

            Defendant – Appellee,

     and

SHERIFF MIKE MONDUL; DANVILLE CITY JAIL; MAYOR SHERMAN
SAUNDERS; DANVILLE CITY,

            Defendants.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Robert Stewart Ballou,
Magistrate Judge. (7:14-cv-00103-RSB)

_____

Submitted: June 18, 2015         Decided: June 23, 2015

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Edward Gary, Appellant Pro Se.  Kenneth Francis Hardt,
Gary Christopher Jones, Jr., SINNOTT, NUCKOLS & LOGAN, PC,
Midlothian, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward Gary appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Gary v. Wang</u>, No. 7:14-cv-00103-RSB (W.D. Va. Mar. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>